Rowland Marcus Andrade
9414 Plaza Point Drive
Missouri City, Texas 77459
dojreform@protonmail.com
Phone: 361-244-0156

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 19 2025

FILED
DOCKETED
DATE          INITIAL

August 17, 2025

Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re:  Appeal Docket Number 25-5095
     Originating Case Number: 3:20-cr-00249-RS-1
     Case Title: United States of America v. Andrade

Dear Clerk of the Court,

Enclosed please find the following documents for filing in the above-referenced matter:

1. Motion for Appointment of Appellate Counsel and Request to Defer Deadlines (with signature)
2. Exhibit A – August 12, 2025 Ninth Circuit Time Schedule Order

I am submitting these documents by mail because I do not yet have access to electronic filing (Appellate ECF). I respectfully request that these materials be filed in my case docket and brought before the Court for consideration.

Thank you for your attention to this matter. Please return a file-stamped copy in the enclosed self-addressed stamped envelope for my records.

Respectfully submitted,

Thank you for your attention to this matter.

Respectfully,

Rowland Marcus Andrade
Defendant-Appellant, Pro Se