**FILED**

AUG 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant - Appellant. | No. 25-5095 <br><br> D.C. No. 3:20-cr-00249-RS-1 <br> Northern District of California, San Francisco <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by Michael J. Shepard to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the Northern District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by September 17, 2025. The transcript is due October 17, 2025. The opening brief is due November 28, 2025. The answering brief is due December 29, 2025. The optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on appellant, and the proof of service must include appellant's current address. *See* 9th Cir. R. 4-1(c).

Within 7 days, the government must serve this order on appellant and provide proof of service to this court, including appellant's address and registration number.

Appellant has submitted pro se a motion for the appointment of counsel (Docket Entry Nos. 4, 5). The court will take no action on these filings because appellant is represented by counsel.

The clerk will serve this order on former counsel.