Rowland Marcus Andrade
9414 Plaza Point Drive
Missouri City, Texas 77459
dojreform@protonmail.com
Phone: 361-244-0156

August 18, 2025

Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Appeal Docket Number 25-5095
Originating Case Number: 3:20-cr-00249-RS-1
Case Title: United States of America v. Andrade

Dear Clerk of the Court,

Enclosed please find the following documents for filing in the above-referenced matter:

1. **Updated** Motion to Proceed Pro Se (Limited Purpose)
2. Motion for Appointment of Appellate Counsel and Request to Defer Deadlines.
3. Exhibit A – August 12, 2025 Ninth Circuit Time Schedule Order

This updated motion to proceed pro se is being submitted in direct response to the guidance the Clerk's Office kindly provided to me regarding my originally submitted Motion for Appointment of Appellate Counsel. I respectfully ask that the Court disregard my originally filed **Motion to Proceed Pro Se** and replace it with the attached updated version, titled **Updated Motion to Proceed Pro Se (Limited Purpose)**.

As stated in the updated motion, this request to proceed pro se is strictly limited to the period before appellate counsel is appointed. I respectfully request that the Court accept the attached updated filing, along with my previously submitted motion for appointment of appellate counsel, and take them under consideration.

Additionally, I mailed my original motion via UPS, and it is scheduled to arrive at the Clerk's Office at **9:00 a.m**. on August 19, 2025. The mailing envelope also contains a UPS-stamped return envelope so that a copy of the filed motion may be returned to me for my records. The UPS tracking number is **1ZW326V31567974590**. Please return a file-stamped copy in the enclosed self-addressed stamped envelope for my records or email me proof that the documents were filed.

I respectfully request that the Court accept the attached updated filing, along with my previously submitted and reattached Motion for Appointment of Appellate Counsel, and take them under consideration

Thank you for your attention to this matter.

Respectfully,

*R. Marcus Andrade*

Rowland Marcus Andrade
Defendant-Appellant, Pro Se