# Criminal Appeals Questionnaire

## 9th Circuit Court of Appeals

To facilitate the efficient and effective processing of direct criminal appeals, the court seeks the assistance of defense counsel in identifying cases that might benefit from coordinated briefing or case budgeting.

Please answer the questions below and file your completed questionnaire within *seven* days using the filing event "Criminal Appeals Questionnaire" in ACMS. Attach extra sheets if you need more space to explain an answer.

**9th Cir. Case Number**: _____

**9th Cir. Case Name**: _____

**Counsel's Name**: _____

**Party Represented**: _____

**Type of Appointment**:     Criminal Justice Act     Federal Defender     Retained

*Did appellant go to trial?*     Yes     No | If yes, number of trial days: ___

*Did appellant have co-defendants?*     Yes     No | If yes, number of co-defendants: ___

*Do you see any possible benefit in coordinating briefing of this appeal with any other pending or anticipated appeals?*     Yes     No | If yes, please explain:
_____

*Is there anything about this case that is unusually extended or complex?*
    Yes     No | If yes, please explain: _____
_____

 If you are a CJA attorney and anticipate that attorney hours might exceed 300 or costs might exceed $50,000 in this appeal, please email: Sara_Rief@ca9.uscourts.gov

Information on Case Budgeting
[Criminal Justice Act Policies and Procedures (uscourts.gov)](#)
[Budget Process Overview (uscourts.gov)](#)