UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 25-5095 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:20-cr-00249-RS-1 |
| v. | Northern District of California, San Francisco |
| ROWLAND MARCUS ANDRADE, | ORDER |
| Defendant - Appellant. | |

| UNITED STATES OF AMERICA, | No. 25-6056 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:20-cr-00249-RS-1 |
| v. | Northern District of California, San Francisco |
| ROWLAND MARCUS ANDRADE, | ORDER |
| Defendant - Appellant. | |

The court consolidates Appeal Nos. 25-5095 and 25-6056. The parties must include all case numbers on future filings.

Within 21 days, appellant must file a statement explaining why, in light of appellant's apparent ability to afford retained counsel, appellant's in forma pauperis status should not be revoked.

If appellant does not respond to this order, the court will revoke appellant's in forma pauperis status. If appellant's in forma pauperis status is revoked,

appellant will have to pay $605 in fees for each appeal and the cost of producing the reporter's transcripts.

The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT