UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROWLAND MARCUS ANDRADE, Defendant - Appellant. | No. 25-5095 D.C. No. 3:20-cr-00249-RS-1 Northern District of California, San Francisco ORDER |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROWLAND MARCUS ANDRADE, Defendant - Appellant. | No. 25-6056 D.C. No. 3:20-cr-00249-RS-1 Northern District of California, San Francisco |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROWLAND MARCUS ANDRADE, Defendant - Appellant. | No. 25-6507 D.C. No. 3:20-cr-00249-RS-1 Northern District of California, San Francisco |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court consolidates Appeal No. 25-6507 with the previously consolidated Appeal Nos. 25-5095 and 25-6056. The parties must include all case numbers on future filings.

Appellant's response (Docket Entry No. 21) to the court's September 30, 2025, order states that appellant's financial status has not changed and retained counsel is being compensated through alternate means. Appellant may continue to proceed in forma pauperis in these consolidated appeals. *See* 7A Guide to Judiciary Policy § 210.40.50.

Any additional requests in appellant's response are denied.

The existing briefing schedule in Appeal No. 25-6507 will govern these consolidated appeals.